E-FILED: 12/6/10

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Raul Morales*<br><br>           Plaintiff,<br><br>    v.<br><br>*Rockwood Pigments, NA Inc.*<br><br>           Defendants. | CASE NO. CV 10-8442-GHK (MANx)<br><br>JUDGMENT |

      Pursuant to the Court's December 6, 2010 Order, IT IS HEREBY ADJUDGED that Plaintiff Raul Morales's ("Plaintiff") claims against Defendant Rockwood Pigments, NA Inc., are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

      **IT IS SO ORDERED**.

      DATED: December 6, 2010

_____
GEORGE H. KING
United States District Judge